*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


★ ★ ★          ★ ★ ★



# MEMORANDUM OPINION

No. 04-08-00589-CR

**IN RE** Jorge I. **QUIROZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Alma L. López, Chief Justice
                Sandee Bryan Marion, Justice
                Steven C. Hilbig, Justice

Delivered and Filed: August 27, 2008

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

Jorge I. Quiroz filed a petition for writ of mandamus seeking to compel the District Clerk of

Bexar County to provide him with a copy of the records from his criminal conviction for use in

pursuing post-conviction remedies. This court has no mandamus jurisdiction over district clerks

unless the issuance of the writ is necessary to enforce our jurisdiction. *In re O'Brian*, No. 04-04-

00453-CV, 2004 WL 1562148, at *1 (Tex. App.—San Antonio July 14, 2004, orig. proceeding)

(mem. op.); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig.

proceeding). Because we have no jurisdiction over post-conviction writs of habeas corpus in felony

cases, the district clerk's alleged refusal to provide Quiroz with a copy of his records does not affect

our jurisdiction. *In re O'Brian*, 2004 WL 1562148, at *1; *In re Coronado*, 980 S.W.2d at 692; TEX.

---

[1]Relator seeks a writ of mandamus to compel Margaret Montemayor, District Clerk of Bexar County, to provide him with a copy of his records in cause No. 94-CR-5424.

CODE CRIM. PROC. art. 11.07.  Accordingly, Quiroz's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH